UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

---

DANELLE DUNCAN

    Plaintiff.

v.                                              Case No. 16-CV-530

ASSET RECOVERY SPECIALISTS, INC.
GREG STRANDLIE
WELLS FARGO BANK NA

    Defendants

---

## ASSET RECOVERY SPECIALISTS, INC. AND GREG STRANDLIE'S RULE 6(b)(1)(B) MOTION TO EXTEND THE TIME TO ANSWER PLAINTIFF'S COMPLAINT

---

Defendants, Asset Recovery Specialists, Inc. and Greg Strandlie, by their attorneys, Crivello Carlson, S.C., pursuant to Fed. R. Civ. Pro. 6(b)(1)(B), hereby respectfully move this Court for an order extending the time for Defendants to file their Answer to Plaintiff's Complaint. This Motion is based upon the pleadings heretofore filed with this court, the Affidavits of William W. Ehrke, Nikki Bardell, Greg Standlie, and Mike Peplinski, the Brief In Support of said motion, and in Opposition to Plaintiff's 9/15/16 motion for default, and Defendants' proposed answer filed with this motion.

Dated this 16th day of September, 2016.

          CRIVELLO CARLSON, S.C.
          Attorneys for Defendants Asset Recovery
          Specialists, Inc. and Greg Standlie


          By: s/ William W. Ehrke
              WILLIAM W. EHRKE
              State Bar No. 1005619


**PO ADDRESS**:
710 North Plankinton Avenue
Suite 500
Milwaukee, WI 53203
Phone: 414-271-7722