# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

**Danielle Duncan,**

    Plaintiff,

v.                                             **Case No.** 16-CV-530

                                                   **Notice of Appeal**

**Asset Recovery Specialists, Inc.,
Greg Strandlie, and Wells Fargo Bank NA
d/b/a Wells Fargo Dealer Services,**

    Defendants.

## NOTICE OF APPEAL TO A COURT OF APPEALS
## FROM A JUDGMENT AND ORDER OF A DISTRICT COURT

    **NOTICE IS HEREBY GIVEN** that Danielle Duncan, Plaintiff, in the above-named case hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final order and judgment entered in this action on the 11th day of July, 2017.

Dated: August 7, 2017                       **Lawton & Cates, S.C.**
                                                Attorney for Plaintiff, Danielle Duncan

                                                  _____/s/ Briane F. Pagel_____
                                                  Briane F. Pagel
                                                   Bar No: 1025514

P.O. Address:
345 W. Washington Ave., #201
P.O. Box 2965
Madison, WI 53703
P: 608.282.6200
F: 608.282.6252
bpagel@lawtoncates.com